## George FINCH and John Dennis Honeycutt, Petitioners,

### v.

## DEPARTMENT OF AGRICULTURE, Respondent.

### No. 2014–6003.

United States Court of Appeals, Federal Circuit.

Aug. 29, 2014.

Michael Alan Hirsch, Esq., Schlanger Silver Barg & Paine, LLP, Houston, TX, for Petitioners.

Tara K. Hogan, Esq., Department of Justice, Washington, DC, for Respondent.

### ORDER

### ON MOTION

Upon consideration of the petitioners' motion to withdraw the appeal,

It Is Ordered That:

for this order.

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.